IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3122 |
| | ) | |
| V. | ) | |
| | ) | |
| FREDRECIA EYTEN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that the United States Marshals Service shall reimburse the defendant today for her travel by car from North Platte, Nebraska to Lincoln, Nebraska to attend court. Other than the standard mileage rate payment, no further payment for subsistence or otherwise is required. The Clerk shall hand deliver a copy of this Order to the United States Marshals Service.

    DATED this 21st day of January, 2010.

                                       BY THE COURT:

                                       *Richard G. Kopf*
                                       United States District Judge